IN RE OMONDIS E. ET AL.*
(8594)
(8775)

DALY, O'CONNELL and CRETELLA, Js.

Argued October 4—decision released October 18, 1990

*Andrew Chulick,* for the appellant (respondent mother).

*Michael R. J. O'Connor,* assistant attorney general, with whom, on the brief, was *Clarine Nardi Riddle,* attorney general, for the appellee (petitioner).

*Jackale N. Williams,* for the minor children.

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 2026, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.

PER CURIAM. This is a consolidated appeal by the respondent mother from the trial court's termination of her parental rights to her five minor children. We affirm the trial court's judgment.

We have fully considered the respondent's claims. In light of the thorough and well reasoned memorandum of decision of the trial court, *Ballen, J.,* we find those claims to be without merit.

The judgment is affirmed.